UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUIS ACEVEDO,

            Plaintiff,

-against-

STEINWAY & SONS,

            Defendant.
-----------------------------------------------------------X

JUDGMENT
04-CV- 0855 (ERK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAR 7 2006 ★
BROOKLYN OFFICE

    An Order of Honorable Edward R. Korman, United States District Judge, having been filed on March 01, 2006, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated October 7, 2005, granting defendant's motion for summary judgment; dismissing plaintiff's complaint; and denying defendant's request for attorney's fees; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted; that defendant's motion for summary judgment is granted; that plaintiff's complaint is dismissed; and that defendant's motion for attorney's fees is denied.

Dated: Brooklyn, New York
       March 01, 2006

                                              s/ Robert C. Heinemann
                                              ROBERT C. HEINEMANN
                                              Clerk of Court